UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Citizens Concerned for Life, Inc., et al., | Civ. No. 10-cv-02938 DWF/JSM |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| Deanna Wiener, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate that the district court enter an order as follows:

that Defendants are permanently enjoined from applying Minn. Stat. § 10A.20, subd. 7 (2012) to political funds; and that the remainder of Plaintiffs' Complaint is dismissed with prejudice.

The parties further stipulate that Plaintiffs reserve the right to move the district court for attorney's fees in accordance with applicable law and rules, and Defendants reserve the right to contest Plaintiffs' motion for attorney's fees, if any, if the matter of attorney's fees is not resolved between the parties.

Dated: February 8, 2013

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota


 s/ Alan I. Gilbert
Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678

Kristyn Anderson
Assistant Attorney General
Atty. Reg. No.  0267752

John S. Garry
Assistant Attorney General
Atty. Reg. No. 0208899

Alethea M. Huyser
Assistant Attorney General
Atty. Reg. No. 0389270

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone:  (651) 757-1450
Fax:  (651) 282-5832

ATTORNEYS FOR STATE DEFENDANTS

Dated: February 7, 2013				THE BOPP LAW FIRM


							s/ Justin L. McAdam
							James Bopp, Jr.
							Jeffrey P. Gallant
							Justin L. McAdam
							The National Building, 1 South Sixth Street
							Terre Haute, IN  47807-3510
							Telephone:  (812) 232-2434

							Erick G. Kaardal
							MOHRMAN & KAARDAL, P.A.
							33 South Sixth Street, Suite 4100
							Minneapolis, MN  55402
							(612) 341-1074

							ATTORNEYS FOR PLAINTIFFS

Dated:  February 7, 2013			HENNEPIN COUNTY ATTORNEY'S OFFICE


							s/ Daniel P. Rogan
							Daniel P. Rogan
							Beth A. Stack
							Hennepin County Attorney's Office
							300 South 6th Street, Suite A-2000
							Minneapolis, MN  55487
							(612) 348-5550

							ATTORNEYS FOR DEFENDANT MICHAEL FREEMAN, HENNEPIN COUNTY ATTORNEY