UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Citizens Concerned for Life, Inc., The Taxpayers League of Minnesota, and Coastal Travel Enterprises, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Lori Swanson, Minnesota Attorney General, in her official capacity; Bob Milbert, John Scanlon, Terri Ashmore, Hilda Bettermann, Felicia Boyd, and Greg McCullough, Minnesota Campaign Finance and Public Disclosure Board Members, in their official capacities; Raymond Krause, Chief Administrative Law Judge of the Minnesota Office of Administrative Hearings, in his official capacity; Eric Lipman, Assistant Chief Administrative Law Judge of the Minnesota Office of Administrative Hearings, in his official capacity; Manuel Cervantes, Beverly Heydinger, Richard Luis, Steve Mihalchick, Barbara Neilson, and Kathleen Sheehy, Administrative Law Judges of the Minnesota Office of Administrative Hearings, in their official capacities; and Michael Freeman, Hennepin County Attorney, in his official capacity,<br><br>Defendants. | Civil No. 10-2938 (DWF/JSM)<br><br>**ORDER FOR PERMANENT INJUNCTION AND FOR DISMISSAL** |

Based upon the Stipulation of Dismissal submitted by the parties to this matter

(Doc. No. [116]),

**IT IS HEREBY ORDERED** that:

Defendants are permanently enjoined from applying Minn. Stat. § 10A.20, subd. 7

(2012) to political funds; and

The remainder of Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

Dated: February 11, 2013          <u>s/Donovan W. Frank</u>
DONOVAN W. FRANK
United States District Judge